UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT MANSFIELD,

    Petitioner,

v.                                         CASE NO. 6:05-cv-1466-Orl-31KRS

JAMES V. CROSBY, JR., et al.,

    Respondents.

## ORDER

This case is before the Court pursuant to a petition for writ of habeas corpus filed by a death-sentenced prisoner in state custody. Upon consideration of the petition (Doc. No. 1) and accompanying memorandum of law (Doc. No. 2), Respondents shall file a specific response to Petitioner's petition for writ of habeas corpus within **ONE HUNDRED AND FIFTY (150) DAYS** from the date of this Order. As part of the "Response to Petition," Respondents shall also do the following:

    (a)    Summarize the results of any direct appellate and/or post-conviction relief sought by petitioner to include citation references and copies of all published opinions. Provide copies of appellant and appellee briefs from every appellate and/or post conviction proceeding.

    (b)    State whether an evidentiary hearing was accorded Petitioner in the pre-trial, trial and/or post-conviction stage and whether transcripts are available from those proceedings.

    (c)    Procure transcripts and/or narrative summaries in accordance with Rule 5 of the *Rules Governing Section 2254 Cases in the United States District Courts* and file them concurrently with the initial pleading, but in no case later than thirty (30) days after the filing of the initial pleading.

    (d)    State whether Petitioner has exhausted available state remedies under the statutes or procedural rules of the state. If Petitioner has not exhausted

available state court remedies, provide an analysis of those remedies or indicate whether Respondent waives the exhaustion requirement. *Thompson v. Wainwright*, 714 F.2d 1495 (11th Cir. 1983).

**DONE AND ORDERED** at Orlando, Florida, this 26th day of October, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 10/25
Counsel of Record